1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| 10 ZANE M. HUBBARD, | Case No. 1:14-cv-01439-AWI-SKO (PC) |
| 11          Plaintiff, | ORDER (1) DENYING MOTION FOR |
| | LEAVE TO PROCEED IN FORMA |
| 12     v. | PAUPERIS, (2) DISMISSING ACTION, |
| | WITHOUT PREJUDICE, PURSUANT TO 28 |
| 13 CALIFORNIA STATE | U.S.C. § 1915(G), AND (3) DIRECTING |
| PRISON-CORCORAN, et al., | CLERK OF COURT TO ENTER |
| 14 | JUDGMENT |
|          Defendants. | |
| 15 | (Docs. 1 and 2) |
| 16 _____/ | |

17
18
19

      Plaintiff Zane M. Hubbard, # F48741, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 21, 2014, in the United States District Court for the District of Columbia.[1]  The case was transferred to this court on September 15, 2014.

20
21
22
23
24
25
26

      Plaintiff filed a motion seeking leave to proceed in forma pauperis in this case.  However, Plaintiff is subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical

27
28

---

[1] The California Department of Corrections and Rehabilitation Inmate Locator website lists two Zane M. Hubbards in the custody: Zane Molina Hubbard, #F48741, and Zane Martrell Hubbard, #F8782.

injury."[2]   The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g).[3]  *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate his claim.

Accordingly, the Court HEREBY ORDERS as follows:

1.   Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;

2.   This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee; and

3.   The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:   September 30, 2014

_____
SENIOR  DISTRICT  JUDGE

---

[2] The Court takes judicial notice of the following United States District Court cases: *Hubbard v. Mendes*, 1:13-cv-01078-LJO-MJS (dismissed Mar. 17, 2014, for failure to state a claim); *Hubbard v. Lua*, 1:14-cv-00351-LJO-SAB (E.D.Cal.) (dismissed May 6, 2014, for failure to state a claim); *Hubbard v. Corcoran State Prison*, 1:13-cv-01736-AWI-MJS (E.D.Cal.) (dismissed May 23, 2014, for failure to state a claim); and *Hubbard v. Weaver*, 1:13-cv-01755-MJS (E.D.Cal.) (dismissed May 30, 2014, for failure to state a claim).  These strikes were final prior to the date Plaintiff filed this action.  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).

[3] Plaintiff is suing California State Prison-Corcoran Warden Connie Gipson, President Barack Obama, the United States District Court for the Eastern District of California, and the Federal Bureau of Investigation.  (Comp., p. 4.)  Plaintiff's claim arises out of his dissatisfaction with the responses he has received to his other civil cases, and he seeks review of his "Enemy Combatant Status Review Tribunal Determination in the U.S. Court of Appeals for the D.C. Circuit;" review of his amended complaint in case number 1:14-cv-00042-LJO-JLT *Hubbard v. Gipson* and the relief sought therein; and further justice as the D.C. Circuit deems necessary.  (*Id.*, p. 5.)  An amended complaint bearing the case number "1:14cv00042-JLT-AWI" is attached to Plaintiff's complaint as an exhibit.  (*Id.*, pp. 6-24.)