# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE M. HUBBARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE<br>PRISON-CORCORAN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-01439-AWI-SKO (PC)<br><br>ORDER DENYING MOTION CONSTRUED IN PART AS REQUEST FOR RELIEF FROM STANDING ORDER IN RE: PROCEDURAL RULES FOR ELECTRONIC SUBMISSION OF PRISONER LITIGATION FILED BY PLAINTIFFS INCARCERATED AT CORCORAN AND PLEASANT VALLEY STATE PRISONS, WITH PREJUDICE<br><br>(Doc. 14) |

　　　　Plaintiff Zane M. Hubbard, # F48741, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 21, 2014, in the United States District Court for the District of Columbia.[1]  Following transfer to this court, the action was dismissed on October 1, 2014, and Plaintiff's motion for reconsideration was denied, with prejudice, on November 17, 2014.  On January 23, 2015, Plaintiff filed a sixty-four page motion entitled "Emergency Request for Relief, and Assistance in Filing Two Civil Rights Claims."  (Doc. 14.)

　　　　The Court previously considered Plaintiff's motion for reconsideration on the merits and the current motion presents no basis for any further relief in this action.  Fed. R. Civ. P. 60(b)(6); Local Rule 230(j).  Instead, for reasons which are not clear, it appears that Plaintiff is seeking to

---

[1] The California Department of Corrections and Rehabilitation Inmate Locator website lists two Zane M. Hubbards in the custody: Zane Molina Hubbard, #F48741, and Zane Martrell Hubbard, #F8782.

avoid compliance with the new rules for e-filing by sending documents for filing in this closed case, which is not subject to the e-filing rules.

Plaintiff is incarcerated at California State Prison-Corcoran and he is subject to the Standing Order In Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiffs Incarcerated at Corcoran and Pleasant Valley State Prisons, filed on October 1, 2014. Pursuant to the Standing Order, which applies to initial filings, (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length, and (2) motions for emergency relief are subject to e-filing and they may not exceed fifteen pages in length, as Plaintiff was correctly informed by prison staff. (*E.g.*, Doc. 14, Motion, court record p. 5.) To the extent the motion is construed as seeking relief from the Standing Order, it is denied. Furthermore, to the extent Plaintiff is requesting the Court detach the complaint he included and open a new case, his request is denied. Plaintiff is required to comply with the e-filing procedures set forth in the Standing Order and there exists no legitimate basis for exempting him from compliance.

Accordingly, Plaintiff's motion is HEREBY ORDERED DENIED, with prejudice. Any further filings the Court determines to be frivolous will be summary denied or stricken, whichever is deemed appropriate by the Court. *See Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827 (1989) (frivolous filings lack arguable basis either in law or in fact).

IT IS SO ORDERED.

Dated:   February 9, 2015

SENIOR DISTRICT JUDGE

2